435 A.2d 1333

Commonwealth v. Melvin, Appellant.

Petition for Allowance of Appeal Denied Jan. 8, 1982.

Submitted November 14, 1980.  John H. Corbett, Jr., for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.